UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:   RESPONSE TO NOTICE OF FINAL CURE

CASE NO.  12-43430

Debtor:  RICHARD K LARSEN & JANICE L LARSEN

CHAPTER:  13

## CERTIFICATE OF SERVICE

I do hereby certify that I have this May 11, 2016, served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

RICHARD K LARSEN
241 S ARLINGTON HEIGHTS RD
ELK GROVE VILLAGE IL 60007

JANICE L LARSEN
241 S ARLINGTON HEIGHTS RD
ELK GROVE VILLAGE IL 60007

TOM VAUGHN
55 E MONROE STREET SUITE 3850
CHICAGO IL 60603

SANDRA LEVITT
111 WEST WASHINGTON SUITE 1550
CHICAGO IL 60602

BMO Harris Bank, N.A.
By *[signature]* Michelle A. McConnell
Bankruptcy Specialist

PO BOX 2035
MILWAUKEE, WI 53201
(866)280-8434 Option #2

Fill in this information to identify the case:

Debtor 1: Richard K Larsen

Debtor 2 (Spouse, if filing): Janice L Larsen

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 12-43430

# Form 4100R

## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** BMO Harris Bank N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 0 1 3 4

**Court claim no.** (if known): _____

**Property address:** 241 S Arlington Heights Rd
Number    Street

Elk Grove Village    IL    60007
City                 State  ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____  MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 1,384.00

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ 1,384.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    09/19/2015    MM / DD / YYYY

Debtor 1  **Richard K Larsen**                                 Case number (if known) **12-43430**
           First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X /s/ Michelle L. McConnell           Date  05 / 11 / 2016
  Signature

Print    **Michelle      L           McConnell**           Title  **Bankruptcy Specialist**
         First Name      Middle Name  Last Name

Company  BMO Harris Bank N.A.

*If different from the notice address listed on the proof of claim to which this response applies:*

Address  **PO Box 2035**
         Number   Street

         **Milwaukee**              **WI**    53201
         City                       State     ZIP Code

Contact phone ( 866 ) 280 - 8434                 Email  bankruptcy@bmo.com

Form 4100R                Response to Notice of Final Cure Payment                page 2

Loan Payment/Billing History from Bankruptcy File Date:

| | Account Activity | | | | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual Pymnt amount | C. Funds received | D. Amount Incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to Principal | I. Amount to Interest | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
| 2/19/2012 | 187.81 | | | Mnthly Bill | 2/19/2012 | 187.81 | | | 98,403.32 | 345.10 | | - | |
| 2/29/2012 | | | 20.00 | Late Fee | 2/19/2012 | 187.81 | | | 98,403.32 | | | 20.00 | |
| 3/19/2012 | 175.43 | | | Mnthly Bill | 2/19/2012 | 363.24 | | | 98,403.32 | 520.53 | | 20.00 | |
| 3/29/2012 | | | 20.00 | Late Fee | 2/19/2012 | 363.24 | | | 98,403.32 | | | 40.00 | |
| 4/4/2012 | | 187.81 | | Payment | 3/19/2012 | 175.43 | | 187.81 | 98,403.32 | | | 40.00 | |
| 4/5/2012 | | 580.00 | (20.00) | Payment | 5/19/2012 | (187.54) | 217.03 | 362.97 | 98,186.29 | | | 20.00 | |
| 4/19/2012 | 187.54 | | | Mnthly Bill | 5/19/2012 | - | | | 98,186.29 | 157.09 | | 20.00 | |
| 5/19/2012 | 181.24 | | | Mnthly Bill | 5/19/2012 | 181.24 | | | 98,186.29 | 338.17 | | 20.00 | |
| 5/29/2012 | | | 20.00 | Late Fee | 5/19/2012 | 181.24 | | | 98,186.29 | | | 40.00 | |
| 6/19/2012 | 187.11 | | | Mnthly Bill | 5/19/2012 | 368.35 | | | 98,186.29 | 525.29 | | 40.00 | |
| 6/20/2012 | | 430.00 | (20.00) | Payment | 7/19/2012 | - | 61.65 | 368.35 | 98,124.64 | | | 20.00 | |
| 7/19/2012 | 181.07 | | | Mnthly Bill | 7/19/2012 | 181.07 | | | 98,124.64 | 337.91 | | 20.00 | |
| 7/30/2012 | | | 20.00 | Late Fee | 7/19/2012 | 181.07 | | | 98,124.64 | | | 40.00 | |
| 8/19/2012 | 187.00 | | | Mnthly Bill | 7/19/2012 | 368.07 | | | 98,124.64 | 524.91 | | 40.00 | |
| 8/29/2012 | | | 20.00 | Late Fee | 7/19/2012 | 368.07 | | | 98,124.64 | | | 60.00 | |
| 9/13/2012 | | 368.07 | | Payment | 9/19/2012 | - | | 368.07 | 98,124.64 | | | 60.00 | |
| 9/19/2012 | 187.00 | | | Mnthly Bill | 9/19/2012 | 187.00 | | | 98,124.64 | 343.84 | | 60.00 | |
| 10/1/2012 | | | 20.00 | Late Fee | 9/19/2012 | 187.00 | | | 98,124.64 | | | 80.00 | |
| 10/19/2012 | 180.97 | | | Mnthly Bill | 9/19/2012 | 367.97 | | | 98,124.64 | 524.81 | | 80.00 | |
| 10/29/2012 | | | 20.00 | Late Fee | 9/19/2012 | 367.97 | | | 98,124.64 | | | 100.00 | |
| 10/30/2012 | | 367.97 | | Payment | 11/19/2012 | - | | 367.97 | 98,124.64 | | | 100.00 | |
| 11/19/2012 | 187.00 | | | Mnthly Bill | 11/19/2012 | 187.00 | | | 98,124.64 | 343.84 | | 100.00 | |
| 12/6/2012 | | 368.00 | (100.00) | Payment | 1/19/2013 | (180.97) | 0.03 | 367.97 | 98,124.61 | | | - | |
| 12/19/2012 | 180.97 | | | Mnthly Bill | 1/19/2013 | - | | | 98,124.61 | 156.84 | | - | |
| 1/19/2013 | 187.00 | | | Mnthly Bill | 1/19/2013 | 187.00 | | | 98,124.61 | 344.13 | | - | |
| 2/19/2013 | 187.38 | | | Mnthly Bill | 1/19/2013 | 374.38 | | | 98,124.61 | 531.65 | | - | |
| 3/8/2013 | | 374.38 | | Payment | 3/19/2013 | - | | 374.38 | 98,124.61 | | | - | |
| 3/19/2013 | 169.36 | | | Mnthly Bill | 3/19/2013 | 169.36 | | | 98,124.61 | 326.63 | | - | |
| 4/19/2013 | 187.52 | | | Mnthly Bill | 3/19/2013 | 356.88 | | | 98,124.61 | 514.14 | | - | |
| 5/7/2013 | | 356.88 | | Payment | 5/19/2013 | - | | 356.88 | 98,124.61 | | | - | |
| 5/19/2013 | 181.46 | | | Mnthly Bill | 5/19/2013 | 181.46 | | | 98,124.61 | 338.73 | | - | |
| 6/19/2013 | 187.51 | | | Mnthly Bill | 5/19/2013 | 368.97 | | | 98,124.61 | 526.24 | | - | |
| 6/25/2013 | | 368.97 | | Payment | 7/19/2013 | - | | 368.97 | 98,124.61 | | | - | |
| 7/19/2013 | 181.46 | | | Mnthly Bill | 7/19/2013 | 181.46 | | | 98,124.61 | 338.73 | | - | |
| 8/19/2013 | 187.52 | | | Mnthly Bill | 7/19/2013 | 368.98 | | | 98,124.61 | 526.25 | | - | |
| 8/22/2013 | | 368.98 | | Payment | 9/19/2013 | - | | 368.98 | 98,124.61 | | | - | |
| 9/19/2013 | 187.51 | | | Mnthly Bill | 9/19/2013 | 187.51 | | | 98,124.61 | 344.78 | | - | |
| 10/19/2013 | 181.46 | | | Mnthly Bill | 9/19/2013 | 368.97 | | | 98,124.61 | 526.24 | | - | |
| 11/5/2013 | | 131.42 | | Trustee Pymt | 9/19/2013 | 237.55 | | 131.42 | 98,124.61 | | | - | |
| 11/19/2013 | 187.51 | | | Mnthly Bill | 9/19/2013 | 425.06 | | | 98,124.61 | 582.33 | | - | |
| 12/5/2013 | | 26.30 | | Trustee Pymt | 9/19/2013 | 398.76 | | 26.30 | 98,124.61 | | | - | |
| 12/19/2013 | 181.47 | | | Mnthly Bill | 9/19/2013 | 580.23 | | | 98,124.61 | 737.50 | | - | |
| 12/20/2013 | | 52.60 | | Trustee Pymt | 10/19/2013 | 527.63 | | 52.60 | 98,124.61 | | | - | |
| 1/17/2014 | | 527.63 | | Payment | 1/19/2014 | - | | 527.63 | 98,124.61 | | | - | |
| 1/19/2014 | 187.51 | | | Mnthly Bill | 1/19/2014 | 187.51 | | | 98,124.61 | 344.78 | | - | |
| 2/19/2014 | 187.51 | | | Mnthly Bill | 1/19/2014 | 375.02 | | | 98,124.61 | 532.29 | | - | |
| 3/19/2014 | 169.37 | | | Mnthly Bill | 1/19/2014 | 544.39 | | | 98,124.61 | 701.66 | | - | |
| 4/1/2014 | | 544.39 | | Payment | 4/19/2014 | - | | 544.39 | 98,124.61 | | | - | |

| Loan Payment/Billing History from Bankruptcy File Date: | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Account Activity | | | | | | | | Balance After Amount Received or Incurred | | | |
| A. Date | B. Contractual Pymnt amount | C. Funds received | D. Amount Incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to Principal | I. Amount to Interest | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
| 4/19/2014 | 187.51 | | | Mnthly Bill | 4/19/2014 | 187.51 | | | 98,124.61 | 344.78 | | - | |
| 5/19/2014 | 181.46 | | | Mnthly Bill | 4/19/2014 | 368.97 | | | 98,124.61 | 526.24 | | - | |
| 6/19/2014 | 187.52 | | | Mnthly Bill | 4/19/2014 | 556.49 | | | 98,124.61 | 713.75 | | - | |
| 7/19/2014 | 181.46 | | | Mnthly Bill | 4/19/2014 | 737.95 | | | 98,124.61 | 895.22 | | - | |
| 8/19/2014 | 187.51 | | | Mnthly Bill | 4/19/2014 | 925.46 | | | 98,124.61 | 1,082.73 | | - | |
| 8/21/2014 | | 600.00 | | Payment | 7/19/2014 | 325.46 | | 600.00 | 98,124.61 | | | - | |
| 9/3/2014 | | 239.10 | | Trustee Pymt | 8/19/2014 | 86.36 | | 239.10 | 98,124.61 | | | - | |
| 9/19/2014 | 187.51 | | | Mnthly Bill | 8/19/2014 | 273.87 | | | 98,124.61 | 431.14 | | - | |
| 10/15/2014 | | 27.54 | | Trustee Pymt | 8/19/2014 | 246.33 | | 27.54 | 98,124.61 | | | - | |
| 10/19/2014 | 181.47 | | | Mnthly Bill | 8/19/2014 | 427.80 | | | 98,124.61 | 585.06 | | - | |
| 11/10/2014 | | 26.44 | | Trustee Pymt | 8/19/2014 | 401.36 | | 26.44 | 98,124.61 | | | - | |
| 11/19/2014 | 187.51 | | | Mnthly Bill | 8/19/2014 | 588.87 | | | 98,124.61 | 746.14 | | - | |
| 12/16/2014 | | 26.44 | | Trustee Pymt | 8/19/2014 | 588.87 | 26.44 | | 98,098.17 | | | - | |
| 12/19/2014 | 181.46 | | | Mnthly Bill | 8/19/2014 | 770.33 | | | 98,098.17 | 927.59 | | - | |
| 1/7/2015 | | 26.43 | | Trustee Pymt | 9/19/2014 | 743.90 | | 26.43 | 98,098.17 | | | - | |
| 1/19/2015 | 187.50 | | | Mnthly Bill | 9/19/2014 | 931.40 | | | 98,098.17 | 1,088.63 | | - | |
| 2/13/2015 | | 26.44 | | Trustee Pymt | 9/19/2014 | 904.96 | | 26.44 | 98,098.17 | | | - | |
| 2/19/2015 | 187.46 | | | Mnthly Bill | 9/19/2014 | 1,092.42 | | | 98,098.17 | 1,249.65 | | - | |
| 3/10/2015 | | 17.29 | | Trustee Pymt | 9/19/2014 | 1,075.13 | | 17.29 | 98,098.17 | | | - | |
| 3/19/2015 | 169.32 | | | Mnthly Bill | 9/19/2014 | 1,244.45 | | | 98,098.17 | 1,401.68 | | - | |
| 4/19/2015 | 187.46 | | | Mnthly Bill | 9/19/2014 | 1,431.91 | | | 98,098.17 | 1,589.14 | | - | |
| 5/19/2015 | 181.42 | | | Mnthly Bill | 9/19/2014 | 1,613.33 | | | 98,098.17 | 1,770.55 | | - | |
| 6/19/2015 | 187.46 | | | Mnthly Bill | 9/19/2014 | 1,800.79 | | | 98,098.17 | 1,958.02 | | - | |
| 7/19/2015 | 181.41 | | | Mnthly Bill | 9/19/2014 | 1,982.20 | | | 98,098.17 | 2,139.43 | | - | |
| 8/19/2015 | 187.47 | | | Mnthly Bill | 9/19/2014 | 2,169.67 | | | 98,098.17 | 2,326.89 | | - | |
| 9/19/2015 | 187.46 | | | Mnthly Bill | 9/19/2014 | 2,357.13 | | | 98,098.17 | 2,514.35 | | - | |
| 10/19/2015 | 181.41 | | | Mnthly Bill | 9/19/2014 | 2,538.54 | | | 98,098.17 | 2,695.77 | | - | |
| 11/19/2015 | 187.46 | | | Mnthly Bill | 9/19/2014 | 2,726.00 | | | 98,098.17 | 2,883.23 | | - | |
| 12/19/2015 | 181.42 | | | Mnthly Bill | 9/19/2014 | 2,907.42 | | | 98,098.17 | 3,064.64 | | - | |
| 1/19/2016 | 187.46 | | | Mnthly Bill | 9/19/2014 | 3,094.88 | | | 98,098.17 | 2,251.81 | | - | |
| 1/19/2016 | | 1,000.00 | | Payment | 2/19/2015 | 2,094.88 | | 1,000.00 | 98,098.17 | | | - | |
| 2/19/2016 | 187.08 | | | Mnthly Bill | 2/19/2015 | 2,281.96 | | | 98,098.17 | 2,456.18 | | - | |
| 2/22/2016 | | 1,300.00 | | Payment | 9/19/2015 | 981.96 | | 1,000.00 | 98,098.17 | | | - | |
| 3/19/2016 | 194.32 | | | Mnthly Bill | 9/19/2015 | 1,176.28 | | | 98,098.17 | 1,350.50 | | - | |
| 4/19/2016 | 207.72 | | | Mnthly Bill | 9/19/2015 | 1,384.00 | | | 98,098.17 | 1,558.22 | | - | |
| 5/11/2016 | | | | Notice of Final Cure Response | 9/19/2015 | 1,384.00 | | | 98,098.17 | 1,705.64 | | - | |

Post Petition Arrearage: $1,384.00